**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Joseph & Lorraine Field | : | Chapter: 7 |
| | : | |
| Debtor(s) | : | Bankruptcy No.: 16-10787 JKF |
| | : | |
| | : | |

**NOTICE OF DEFICIENCY**

PLEASE TAKE NOTE:

The above referenced Debtor has failed to appear at two (2) scheduled §341 Meetings of Creditors on 11/7/19 & 11/21/19.

ANDREW R. VARA
Acting United States Trustee

By: */s/ Maria Borgesi*
    Maria Borgesi
    Paralegal